# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Lyondell Chemical Company and C. Bart de Jong and Edward J. Dineen     Bankruptcy Case No.: 09–10023–reg

Lyondell Chemical Company, et al.

                                         Plaintiff(s),

–against–                                                 Adversary Proceeding No. 09–01459–reg

Wilmington Trust Company, as Trustee

                                         Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

| **Address of Clerk:** |
|---|
| **Clerk of the Court** <br> **United States Bankruptcy Court** <br> **Southern District of New York** <br> **One Bowling Green** <br> **New York, NY 10004–1408** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney:** |
|---|
| **Vineet Bhatia** <br> **Susman Godfrey, LLP** <br> **1000 Louisiana Street** <br> **Suite 5100** <br> **Houston, TX 77002** |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court <br> Southern District of New York <br> One Bowling Green <br> New York, NY 10004–1408 | Room: Courtroom 621 (REG), One Bowling Green, New York, NY 10004 <br><br> Date and Time: 11/12/09 09:45 AM |
|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 9/1/09                                             Vito Genna

                                                        *Clerk of the Court*

                                                        By: /s/ Tiffany Campbell

                                                        *Deputy Clerk*