David S. Rosner
Michael M. Fay
Andrew K. Glenn
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile:  (212) 506-1800

*Special Litigation Counsel for Wilmington Trust Company*
*As Successor Indenture Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| LYONDELL CHEMICAL COMPANY, et al., | |
| | Case No: 09-10023(REG) |
| Debtors. | |
| | Jointly Administered |
| LYONDELL CHEMICAL COMPANY, et al. | |
| | Adversary Proceeding |
| Plaintiffs, | |
| | No. 09-01459 (REG) |
| -against- | |
| WILMINGTON TRUST COMPANY, AS TRUSTEE, | |
| Defendant. | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Wilmington Trust Company, solely in its Capacity as the

Successor Indenture Trustee for the senior notes issued by Nell AF S.Á.R.L. under an Indenture,

dated August 10, 2005, ("WTC"), hereby appears through its special litigation counsel Kasowitz,

Benson, Torres & Friedman LLP. Such counsel hereby enters its appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Rules 2002, 3017, and 9007, the undersigned requests that an entry be made on the Clerk's matrix, if any, in this case, and that copies of all notices and pleadings given or filed, in this case, be delivered to and served upon the persons set forth below:

> David S. Rosner, Esq.
> Michael M. Fay, Esq.
> Andrew K. Glenn, Esq.
> Kasowitz, Benson, Torres
> & Friedman LLP
> 1633 Broadway
> New York, New York 10019
> Telephone: (212) 506-1700
> Facsimile: (212) 506-1800
> Email:
> drosner@kasowitz.com
> aglenn@kasowitz.com
> mfay@kasowitz.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, and any statement of affairs, operating report, or schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any right or interest of any creditor or party in interest in this case, with respect to (a) the debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in possession, custody, or control of others that any of the debtors may seek

to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit waives (1) the right to have final orders in noncore matters entered only after *de novo* review by a District Court Judge, (2) the right to trial by jury in any proceedings so triable in this case, controversy, or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, including the right to contest the jurisdiction of the Bankruptcy Court , all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:   October 2, 2009
         New York, New York

> By: /s/David S. Rosner
> David S. Rosner
> Michael M. Fay
> Andrew K. Glenn
> KASOWITZ, BENSON, TORRES
>  & FRIEDMAN LLP
> 1633 Broadway
> New York, New York 10019
> Telephone: (212) 506-1700
> Facsimile:  (212) 506-1800
>
> *Special Litigation Counsel for Wilmington Trust Company as Successor Indenture Trustee*