KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
David S. Rosner
Michael M. Fay
Andrew K. Glenn
David J. Mark
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Attorneys for Wilmington Trust Company,
as Successor Indenture Trustee for the 2015
Notes

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x
In re:                                                          :
                                                                :   Chapter 11
                                                                :
LYONDELL CHEMICAL COMPANY, *et al.*,                            :
                                                                :   Case No: 09-10023(REG)
                            Debtors.                            :
                                                                :
--------------------------------------------------------------- x   Jointly Administered
LYONDELL CHEMICAL COMPANY, *et al.*,                            :
                                                                :
                            Plaintiffs,                         :   Adv. Pro. No. 09-01459
         v.                                                     :
                                                                :
WILMINGTON TRUST COMPANY, AS TRUSTEE                            :
                                                                :
                            Defendant.                          :
                                                                :
--------------------------------------------------------------- x
                                                                :
THE WILMINGTON TRUST COMPANY, solely in its                     :   Adv. Pro. No. 09-01501
Capacity as the successor Indenture Trustee for the senior      :
notes issued by Nell AF S.Á.R.L. under an Indenture,             :
dated August 10, 2005,                                           :
                                                                :
                            Plaintiff,                          :
                                                                :
         v.                                                     :

LYONDELLBASELL INDUSTRIES AF S.C.A., *et al.*;     :
                                                   :
                        Defendants.     :
                                                   :
------------------------------------------------------------ x

## NOTICE OF ADJOURNMENT OF PRETRIAL CONFERENCE

PLEASE TAKE NOTICE that the pretrial conference in the above-captioned proceedings before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, **has been adjourned until December 1, 2009 at 9:45 a.m. (Eastern Time).**

Dated: November 18, 2009
      New York, New York

                                      KASOWITZ, BENSON, TORRES
                                              & FRIEDMAN LLP

                                            By: /s/ David S. Rosner
                                                David S. Rosner
                                                Michael M. Fay
                                                Andrew K. Glenn
                                                David J. Mark
                                                1633 Broadway
                                                New York, New York 10019
                                                Telephone: (212) 506-1700
                                                Facsimile:  (212) 506-1800

                                                Attorneys for Wilmington Trust
                                                Company, as Successor Indenture
                                                Trustee for the 2015 Notes

## CERTIFICATE OF SERVICE

      DAVID J. MARK, an attorney admitted to practice before this Court, certifies under penalty of perjury, that a true copy of the foregoing Notice of Adjournment of Pretrial Conference was served via regular mail on November 18, 2009 upon the parties on the annexed service list.

Dated: November 18, 2009
       New York, New York                               /s/ David J. Mark
                                                                            David J. Mark

Apollo Management VII, L.P.
c/o Akin Gump Strauss Hauer & Feld LLP
1111 Avenue of the Americas
One Bryant Park
New York, NY 10036

Eric D. Winston
Stutman, Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Lerner Enterprises, LLC
2000 Tower Oaks Boulevard, 8th Floor
Rockville, MD 20852

Oak Hill Credit Partners V, Limited
c/o Oak Hill Advisors, L.P.
1114 Avenue of the Americas, 27th Floor
New York, NY 10036

Oak Hill Credit Partners V, Limited
c/o Oak Hill Advisors, L.P.
65 East 55th Street, 32nd Floor
New York, NY 10022

OCM High Yield LD Holdings Ltd.
333 South Grand Avenue, 28th Floor
Los Angeles, CA 90071-1504

OCM Loan Fund 2X LD Holdings Ltd.
333 S. Grand Avenue, 28th Floor
Los Angeles, CA 90071-1504

OCM Loan Fund LD Holdings Ltd.
333 S. Grand Avenue, 28th Floor
Los Angeles, CA 90071-1504

OCM Opportunities LD Holdings Ltd.
333 S. Grand Avenue, 28th Floor
Los Angeles, CA 90071-1504

Silver Oak Capital LLC
5035 Dodson Lane
Sacramento, CA 95835-2023

Silver Point Capital
Two Greenwich Plaza, 1st Floor
Greenwich, CT 06830-6353

Field Point IV S.A.R.L.
22 Grand Rue
L 1660 Luxembourg

Field Point V S.A.R.L.
22 Grand Rue
L 1660 Luxembourg

ACLF Co-Invest/Lyondell S.A.R.L.
L-2450 Luxembourg
15, rue Edward Steichen
R.C.S. Luxembourg B 145.023

OHA Capital Solutions Financing (Offshore), Ltd.
Att: Legal Department
83 Pall Mall, 6th Floor
London, England SW1Y 5ES

Bank of America Securities Limited
Att: Legal Department
9 West 57th Street
New York, NY 10019

Bank of America Corporate Center
Att: Legal Department
100 North Tryon Street
Charlotte, NC 28255

Leveragesource III S.A.R.L.
Att: Legal Department
15, rue Edward Steichen
L-2540 Luxembourg

Leveragesource XI S.A.R.L.
Att: Legal Department
15, rue Edward Steichen
L-2540 Luxembourg

Promontoria Holding VI B.V.
Oude Utrechtseweg 16
Netherlands Tel: 355488710

Stitching Bedrijfstakpensioenfonds Voor Metalektro
p/a PVF Achmea
Postbus 9251
106 AG Amsterdam, The Netherlands

Stitching MN Services US High Yield Fonds
Roelf Pater
P.O. Box 5210
2280 HE Rijswijk, The Netherlands

Stitching Pensioenfonds Metaal En Techniek
represented by MN Services N.V.
Roelf Pater
P.O. Box 5210
2280 HE Rijswijk, The Netherlands

ABN AMRO Bank N.V.
Att: Legal Department
335 Madison Avenue
New York, NY 10017-4631

ABN AMRO Inc.
Att: Legal Department
335 Madison Avenue
New York, NY 10017-4631

Ares Management LLC
Att: Legal Department
280 Park Avenue, 2nd Floor East
New York, NY 10017

Automobile Club of Southern California Pension Plan
Carol Thorp, Managing Director, Public Relations
Jeffrey Sprint, Manager, Public Relations
3333 Fairview Road, A131
Costa Mesa, CA 92626-1698

Bank of America Securities Limited
Att: Legal Department
9 West 57th Street
New York, NY 10019

Bank of America Corporate Center
Att: Legal Department
100 North Tyron Street
Charlotte, NC 28255

Bayerische Landesbank
Att: Legal Department
560 Lexington Avenue, 22nd Floor
New York, NY 10022

BDF Limited
Att: Legal Department
Dept # 51095
P.O. Box 96503
Washington, DC 20090

Catepillar Inc. Pension Master Fund
Caterpillar Inc.
100 North East Adams Street
Peoria, IL 61629

Central States, Southeast and Southwest
Areas Pension Fund
Executive Director Thomas C. Nyhan and Trustees
Central States Funds
9377 West Higgins Road
Rosemont, IL 60018-4938

Chrysler LLC Mater Retirement Trust
Chrysler Group LLC Customer Assistance Center
P.O. Box 21-8004
Auburn Hills, MI 48321-8004

Citibank, N.A., London Branch
Att: Legal Department
399 Park Avenue
New York, NY 10022-4614

Citibank, N.A.
Att: Legal Department
399 Park Avenue
New York, NY 10022-4614

Citigroup Global Markets Inc.
Att: Legal Department
388 Greenwich Street
New York, NY 10013

DZ Bank AG
Att: Legal Department

609 5th Avenue
New York, NY 10017-1032

Employees' Retirement Fund of the City of Dallas
Cheryl Alston, Executive Director
600 North Pearl Street
Suite 2450, South Tower
Dallas, TX 75201

Esperance
12853 US Highway 31 N
Charlevoix, MI 49720

General Board of Pension and Health Benefits of the
United Methodist Church Inc. in Missouri
Pamela Moench, Media Relations
Colette Nies
1201 Davis Street
Evanston, IL 60201-4182

GMAM Group Pension Trust I
c/o State Street Bank and Trust Company
225 Franklin Street
Boston, MA 02110

Goldman Sachs Lending Partners LLC
Denis P. Coleman
85 Broad Street
New York, NY 10004

Goldman Sachs Credit Partners L.P.
Denis P. Coleman
85 Broad Street
New York, NY 10004

Grand Central Asset Trust
c/o Christiana Bank & Trust Company
Attn: Corporate Trust Administration
1314 King Street
Wilmington, DE 19801

Highland Capital Management LP
Att: Legal Department
9 West 57th Street, 38th Floor
New York, NY 10019

IBM Personal Pension Plan Trust
Att: Legal Department
3001 Summer Street
Stamford, CT 06905

International Paper Company Commingled
Investment Group Trust
Att: Legal Department
400 Atlantic Street
Stamford, CT 06921

Iowa Public Employees' Retirement System (IPERS)
7401 Register Drive
Des Moines, IA 50321

Kensington International Limited
Att: Legal Department
1415 W. 22nd Street, Suite 500
Oak Brook, IL 60523

Jasper Funding LLC
Att: Legal Department
46 State Street, 3rd Floor
Albany, NY 12207

Lucent Technologies Inc. Master Pension Trust
c/o Power of Attorneys Patrick Swearingen, Alan
Hsia, Eli Krupnik and Imlda Tuason
Energy Trust LLC
551 Fifth Avenue, 37th Floor
New York, NY 10176

Kohlberg Kravis Roberts & Co. (Fixed Income) LLC
Kohlberg Kravis Roberts & Co. L.P.
Att: Legal Department
9 West 57th Street, Suite 4200
New York, NY 10019 Manchester Securities Corp.
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Lyondellbassell Industries AF S.C.A.
George A. Davis
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Merrill Lynch, Pierce, Fenner & Smith Inc.
Att: Legal Department
4 World Financial Center
250 Vesey Street
New York, NY 10080

Merrill Lynch Capital Corporation
Att: Legal Department
4 World Financial Center
250 Vesey Street
New York, NY 10080

OHA Strategic Credit Fund, L.P.
201 Main Street, Suite 1440
Forth Worth, TX 76102

Merrill Lynch International Bank Limited F/K/A
Merrill Lynch Capital Markets Bank Limited
Att: Legal Department
4 World Financial Center
250 Vesey Street
New York, NY 10080

OHA Finlandia Credit Fund
Oak Hill Advisors, L.P.
Att: Glenn R. August
Park Avenue Tower
65 East 55th Street
New York, NY 10022

OHA Capital Solutions Financing (Onshore), Ltd.
c/o Oak Hill Advisors, LP
Att: Legal Department
1114 Avenue of the Americas, 27th Floor
New York, NY 10036

OHA Strategic Credit Master Fund (Parallel II), L.P.
201 Main Street, Suite 1440
Fort Worth, TX 76102

OHA Strategic Credit Fund (Parallel I), L.P.
201 Main Street, Suite 1440
Fort Worth, TX 76102

Pacific Gas & Electric Company Post Retirement
Medical Plan Trust for Non-Management

Employees and Retirees
77 Beale Street
P.O. Box 77000
San Francisco, CA 94177

PG&E Corporation Retirement Master Fund
77 Beale Street
P.O. Box 77000
San Francisco, CA 94177

San Diego County Employees' Retirement Association
2275 Rio Bonito Way, Suite 200
San Diego, CA 92108-1685

Reti
SPF CDO I, Ltd.
c/o SPCP Group III, LLC
2 Greenwich Plaza, Suite 1
Greenwich, CT 06830-6353

Springfield Associates, L.L.C.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Swiftcurrent Offshore, Ltd.
90 Park Avenue, 40th Floor
New York, NY 10016

Swiftcurrent Partners, L.P.
90 Park Avenue, 40th Floor
New York, NY 10016

Texas County & District Retirement System
901 S. Mo Pac Expy # 4-500
Austin, TX 78746-5928

The State Teachers Retirement System of Ohio
275 E. Broad Street
Columbus, OH 43215-3771

TMCT II, LLC
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

TMCT, LLC
Tribune Company
435 Michigan Avenue
Chicago, IL 60611

UBS Securities LLC UBS AG, Stamford Branch
Daley Mrmike, Director
677 Washington Blvd.
Stamford, CT 06901

UBS Loan Finance LLC
Dale Mrmike, Director
677 Washington Blvd.
Stamford, CT 06901

W.R. Huff Asset Management Co., L.L.C.
67 Park Place, 9th Floor
Morristown, NJ 07960

Western Asset Management Company
620 8th Avenue, 50th Floor
New York, NY 10018

Jordan W. Siev, Esq.
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

Benjamin Kaminetzky
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10017

Brian Trust
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

David Peterson
Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, TX 77002-5096

Darren Klein
Davis Polk & Wardwell LLP
450 Lexington Avenue

New York, NY 10017

Deborah Fox
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Elliot Moskowitz
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Leah Friedman
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Linda Martin
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954

Michael Ware
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Paul Zumbro
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7474

Peter Friedman
Cadwalader, Wickersham & Taft LLP
700 Sixth Street, N.W.
Washington, D.C. 20001

Peter Haveles
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Vineet Bhatia
Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, TX 77002-5096

Goldman Sachs International Bank
Denis P. Coleman
85 Broad Street
New York, NY 10004

Kirk D. Dillman
Hennigan, Bennett & Dorman LLP
865 South Figueroa Street
Suite 2900
Los Angeles, California 90017